IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| DENNIS DEMETRIUS SCOTT, | * |
| Plaintiff, | * |
| v. | Case No. 4:22-CV-88-CDL-MSH |
| | * |
| SHERMAN THOMAS, *et al.,* | |
| | * |
| Defendants. | |
| _____ | * |

## JUDGMENT

Pursuant to this Court's Order dated July 12, 2023, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 12th day of July, 2023.

David W. Bunt, Clerk

s/ Elizabeth S. Long, Deputy Clerk